# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDELL MCINTOSH,**

        **Plaintiff,**

**-vs-**                                                                                             **Case No. 6:13-cv-1165-Orl-22TBS**

**OSCEOLA COUNTY SHERIFF'S DEPARTMENT, A. MORTON, and D. BROWN,**

        **Defendants.**

_____

## ORDER

This cause is before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. No. 3), filed on August 16, 2013. Therein, the Magistrate Judge recommends that the pro se Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) be denied and that Plaintiff's complaint be dismissed without prejudice and with leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ordered** as follows:

1. The Report and Recommendation (Doc. No. 3), filed on August 16, 2013, is **adopted and confirmed** and made a part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2), filed on August 1, 2013, is **denied**.

3. Plaintiff's Complaint (Doc. No. 1), filed on August 1, 2013, is **dismissed without prejudice and with leave to amend.**

4. On or before September 20, 2013, Plaintiff shall file and serve an amended complaint and a renewed motion to proceed in forma pauperis. As stated in the Report and Recommendation, the amended complaint must "(a) be organized into separately numbered paragraphs containing facts written in complete sentences; (b) list a specific cause of action and state the factual elements to support that claim; and (c) contain a clear statement of the relief [Plaintiff] is seeking." (Doc. No. 3 at 5-6.)

5. Failure to file and serve an amended complaint and a renewed motion to proceed in forma pauperis (or a filing fee) by September 20, 2013 may result in dismissal of this action without further notice for failure to prosecute.

**Done** and **Ordered** in Chambers, in Orlando, Florida on September 4, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge