# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDELL MCINTOSH,**

    **Plaintiff,**

v.                                                   **Case No: 6:13-cv-1165-Orl-18TBS**

**OSCEOLA COUNTY SHERIFF DEPARTMENT, A. MORTON and D. BROWN,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff Fedell McIntosh's Motion for Leave to Proceed in Forma Pauperis, filed on September 13, 2013. (Doc. No. 8).

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the case DISMISSED with prejudice. (Doc. No. 9).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

    1. The Report and Recommendation filed October 3, 2013 (Doc. No. 9), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

- 2 -

2. Plaintiff Fedell McIntosh's Motion for Leave to Proceed in Forma Pauperis, filed on September 13, 2013 (Doc. No. 8), is **DENIED**.

3. Plaintiff's Amended Complaint (Doc. No. 7) is **DISMISSED WITH PREJUDICE**

4. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties